No. 262. FOX RIVER BUTTER Co. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the

Court of Customs and Patent Appeals denied. *Mr. Howard T. Walden* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Robert P. Reeder* for the United States.